# U.S. District Court - District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:24-mj-00086-NRN All Defendants

| | |
|---|---|
| Case title: USA v. Perez | Date Filed: 05/08/2024 |
| Other court case number: 24-cr-617-AJB-2 Southern District of California - San Diego | |

**FILED**
May 13 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ melodyquinata  DEPUTY

Assigned to: Magistrate Judge N. Reid Neureiter

### Defendant (1)

**Adrian Perez**  represented by  **Kelly D. Christl**
Federal Public Defender's Office
Districts of Colorado and Wyoming
633 17th Street
Suite 1000
Denver, CO 80202
303-294-7002
Fax: 303-294-1192
Email: Kelly_Christl@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:922(a)(1)(A) - Dealing in Firearms Without a License; 18:2 - Aiding and Abetting; 18:922(x) - Sale, Delivery, or | |

Transfer of Handgun to Juvenile; 21:853,
18:924(d), 982, 28:2461(c) - Criminal
Forfeiture

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Brian Michael Dunn** <br> U.S. Attorney's Office <br> District of Colorado <br> 1801 California Street <br> Suite 1600 <br> Denver, CO 80202 <br> 303-454-0319 <br> Email: brian.dunn@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Federal Agency Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/08/2024 | 1 | RULE 5 AFFIDAVIT as to Adrian Perez from the District of Southern District of California - San Diego. as to Adrian Perez (1). (angar, ) (Additional attachment(s) added on 5/8/2024: # 1 Continuation of Main Document) (rvill, ). (Entered: 05/08/2024) |
| 05/08/2024 | 2 | Arrest of Adrian Perez - Initial Appearance - Rule 5 set for 5/8/2024 at 02:00 PM in Courtroom A 401 before Magistrate Judge N. Reid Neureiter. (Text Only entry)(angar, ) (Entered: 05/08/2024) |
| 05/08/2024 | 3 | MINUTE ENTRY for proceedings held before Magistrate Judge N. Reid Neureiter: Initial Appearance in Rule 5(c)(3) Proceedings as to Adrian Perez held on 5/8/2024. Defendant present in custody. Defendant advised. Court appoints counsel. Government requests detention. Identity and Detention Hearings set for 5/13/2024 at 2:00 PM in Courtroom A 401 before Magistrate Judge N. Reid Neureiter. Defendant remanded. (Total time: 9 minutes, Hearing time: 2:26 - 2:35) <br><br> **APPEARANCES:** Brian Dunn on behalf of the Government, Kelly Christl on behalf of the defendant, Daisy Rodriguez on behalf of pretrial. FTR: Courtroom A401. Text Only Entry. (rvill, ) (Entered: 05/08/2024) |
| 05/08/2024 | 4 | CJA 23 Financial Affidavit by Adrian Perez. (rvill, ) (Entered: 05/08/2024) |
| 05/08/2024 | 5 | ORDER APPOINTING COUNSEL as to Adrian Perez by Magistrate Judge N. Reid Neureiter on May 8, 2024. Text Only Entry. (rvill, ) (Entered: 05/08/2024) |
| 05/09/2024 | 6 | NOTICE OF ATTORNEY APPEARANCE: Kelly D. Christl appearing for Adrian PerezAttorney Kelly D. Christl added to party Adrian Perez(pty:dft) (Christl, Kelly) (Entered: 05/09/2024) |
| 05/13/2024 | 7 | MINUTE ENTRY for proceedings held before Magistrate Judge N. Reid Neureiter: Identity and Detention Hearings as to Adrian Perez held on 5/13/2024. Defendant present in custody. Defendant advised. Waiver of Rule 5 & 5.1 Hearings executed. Government is not seeking detention. Defendant advised of conditions of bond and |

| | | |
|---|---|---|
| | | remanded for processing and release. Defendant ordered to appear in the District where the charges are pending. (Total time: 12 minutes, Hearing time: 2:25 - 2:37)<br><br>**APPEARANCES:** Brian Dunn on behalf of the Government, Kelly Christl on behalf of the defendant, Seth Junker on behalf of pretrial. FTR: Courtroom A401. Text Only Entry. (rvill, ) (Entered: 05/13/2024) |
| 05/13/2024 | 8 | WAIVER of Rule 5 & 5.1 Hearings by Adrian Perez. (rvill, ) (Entered: 05/13/2024) |
| 05/13/2024 | 9 | Unsecured Bond Entered as to Adrian Perez in amount of $ $10,000.00. (rvill, ) (Entered: 05/13/2024) |
| 05/13/2024 | 10 | ORDER Setting Conditions of Release by Magistrate Judge N. Reid Neureiter on May 13, 2024. (rvill, ) (Entered: 05/13/2024) |
| 05/13/2024 | 11 | ORDER Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail as to Adrian Perez by Magistrate Judge N. Reid Neureiter on May 13, 2024. (rvill, ) (Entered: 05/13/2024) |
| 05/13/2024 | 12 | Notice to the Southern District of California of Rule 5 Initial Appearance as to Adrian Perez. Please use PACER court links to access the public docket and documents. If you wish to designate a different email address for future transfers, please send your request to InterdistrictTransfer_TXND@txnd.uscourts.gov. Your case number is 3:24-cr-00617-AJB-2. (Text Only Entry) (rvill, ) (Entered: 05/13/2024) |

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 1:24-mj-00086-NRN-1 |
| <u>Adrian Perez</u> ) | |
| *Defendant* ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

   The defendant must appear at: _____
   *Place*

   U.S. District Court Southern District of California, Eward J. Schwartz Courthouse, 221 W. Broadway, San Diego, CA 92101
   619-557-5600

   on _____May 29, 2024 - 2:00 PM before Magistrate Judge Torres._____
   *date and time*

   If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 02/24 D/CO) Additional Conditions of Release                                                              Page  2  of  4   Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☑ )   (6)   The defendant is placed in the custody of:   Anthony Ramirez

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   5/13/24
                    Custodian                                              Date

( ☑ )   (a)   The defendant must reside with the third party custodian at an address approved by the pretrial services office or supervising officer.

( ☑ ) (7) The defendant must:
   ( ☑ )   (a)   Submit to supervision by and report for supervision to: 1929 Stout St., Suite C-120, Denver, CO 80294 / (303) 844-5424

   ( ☑ )   (b)   continue or actively seek employment, if legally allowed to do so.
   ( ☐ )   (c)   continue or start an education program.
   ( ☑ )   (d)   surrender any passport to the Clerk, U.S. District Court within 2 business days.
   ( ☑ )   (e)   not obtain a passport or other international travel document.
   ( ☑ )   (f)   abide by the following restrictions on personal association, residence, or travel:

          travel restricted to the District of Colorado and Southern District of California for Court purposes.

   ( ☑ )   (g)   avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:

   ( ☐ )   h)   participate in medical, psychiatric, and/or mental health treatment as directed by the pretrial services office or supervising officer:

   ( ☐ )   (i)   pay all or part of the cost of psychiatric and/or mental health treatment based upon your ability to pay as determined by the pretrial services office or supervising officer.

   ( ☐ )   (j)   return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes:

   ( ☐ )   (k)   maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary and follow the rules of that facility.
   ( ☑ )   (l)   not possess a firearm, destructive device, or other weapon.
   ( ☑ )   (m)   not use alcohol ( ☐ ) at all ( ☑ ) excessively.
   ( ☑ )   (n)   Except as authorized by court order, the defendant shall not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Except as authorized by court order, the defendant shall not possess, use or sell marijuana or any marijuana derivative (including THC) in any form (including edibles) or for any purpose (including medical purposes). Without the prior permission of the probation officer, the defendant shall not enter any marijuana dispensary or grow facility.

## ADDITIONAL CONDITIONS OF RELEASE

( ) (o) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.  The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( ) (p) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

( ) (q) pay all or part of the cost of substance abuse treatment and/or testing based upon your ability to pay as determined by the pretrial services office or supervising officer.

( ) (r) participate in one of the following location restriction programs and comply with its requirements as directed.
   ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____ , or ( ) as directed by the pretrial services office or supervising officer; or
   ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
   ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
   ( ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
   Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

( ) (s) submit to the following location monitoring technology and comply with its requirements as directed:
   ( ) (i) Location monitoring technology as directed by the pretrial services office or supervising officer; or
   ( ) (ii) Radio Frequency; or
   ( ) (iii) GPS.
   ( ) (iv)

( ) (t) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services office or supervising officer.

(✓) (u) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(✓) (v) The defendant shall not act as an informant for any law enforcement agency without prior permission of the Court.

( ) (w)

( ) (x)

( ) (y)

( ) (z)

( ) (aa)

( ) (bb)

( ) (cc)

( ) (dd)

( ) (ee)

AO 199C (Rev. 09/08) Advice of Penalties    Page 4 of 4 Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Adriana P_
Defendant's Signature

_Denver Co_
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 5/13/2024

_Reid Neureiter_
Judicial Officer's Signature

Reid Neureiter U.S. Magistrate Judge
Printed name and title

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 24-mj-00086-NRN |
| | ) | |
| Adrian Perez | ) | Charging District: Southern District of California |
| *Defendant* | ) | Charging District's Case No. 3:24-cr-00617-AJB-2 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court - Southern District of California Edward J. Schwartz Courthouse 221 W. Broadway, San Diego, CA 92101 | Courtroom No.: 2A - Magistrate Judge Torres |
|---|---|---|
| | | Date and Time: 5/29/2024 2:00 PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 5/13/2024

*Judge's signature*

N. Reid Neureiter, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:24-mj-00086-NRN-1 |
| Adrian Perez | ) | |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Adrian Perez _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( **X** )      to appear for court proceedings;
    ( **X** )      if convicted, to surrender to serve a sentence that the court may impose; or
    ( **X** )      to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1)   This is a personal recognizance bond.

( **X** ) (2)   This is an unsecured bond of $   10,000.00   .

(   ) (3)   This is a secured bond of $ _____ , secured by:

    (   ) (a)   $ _____ , in cash deposited with the court.

    (   ) (b)   the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c)   a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;
    (2)    the property is not subject to claims, except as described above; and
    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 5-13-24

_Helmann P_
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

CLERK OF COURT

Date: 5-13-2024

_Roman Uwi, Deputy Clerk_
*Signature of Clerk or Deputy Clerk*

Approved.
Date: 5/13/2024

_[Judge's signature]_
*Judge's signature*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 24-mj-00086-NRN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ADRIAN PEREZ,

       Defendant.

---

**NOTICE OF APPEARANCE**

---

       The Office of the Federal Public Defender, through Assistant Federal Public Defender Kelly Christl, enters its appearance on behalf of the Defendant, Adrian Perez.

                                  Respectfully submitted,

                                  VIRGINIA L. GRADY
                                  Federal Public Defender


                                  */s/ Kelly Christl*
                                  KELLY CHRISTL
                                  Assistant Federal Public Defender
                                  633 17th Street, Suite 1000
                                  Denver, Colorado 80202
                                  Telephone: (303) 294-7002
                                  FAX: (303) 294-1192
                                  Email: Kelly_Christl@fd.org
                                  Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that on May 9, 2024, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Brian Dunn, Assistant U.S. Attorney
    Email:  brian.dunn@usdoj.gov

and I will serve the document or paper to the following non-CM/ECF participant in the manner indicated:

    Adrian Perez (via mail)

    */s/ Kelly Christl*
    KELLY CHRISTL
    Assistant Federal Public Defender

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 24-mj-00086-NRN |
| | ) | |
| Adrian Perez | ) | Charging District's Case No. 3:24-cr-00617-AJB-2 |
| *Defendant* | ) | |

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Southern District of California

I have been informed of the charges and of my rights to:

(1)  retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)  an identity hearing to determine whether I am the person named in the charges;

(3)  production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)  a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)  a hearing on any motion by the government for detention;

(6)  request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 6-13-24

*Defendant's signature*

*Signature of defendant's attorney*

Kelly Christl
*Printed name of defendant's attorney*