TARA K. MCGRATH
United States Attorney
PAUL E. BENJAMIN
California Bar No.: 306066
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel: (619) 546-7579
Email: paul.benjamin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADRIAN PEREZ (2)<br><br>Defendant. | Case No. 24-CR-617-AJB<br><br>**JOINT MOTION FOR PROTECTIVE ORDER** |

The parties, United States of America, by and through its counsel Tara K. McGrath, United States Attorney, and Paul E. Benjamin, and Matthew J. Sutton, Assistant United States Attorneys, and the above-captioned defendant, through his attorney, hereby jointly move pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure for this Court to enter a Protective Order pertaining to pretrial discovery, and to prevent premature disclosure of evidence to other targets, subjects, and witnesses of ongoing investigations. The parties jointly agree to the following:

(1) That the defendants, defense counsel of record in this case, and defense counsels' assistants, as hereafter defined, shall not disclose the substance of any discovery material received from the United States in this case, to any third party, unless such material is already a matter of public record, without prior approval of this Court;

(2) That defense counsel may review discovery materials with a defendant, but may not provide a copy of discovery materials, or leave a copy of any discovery materials with any defendant.

(3) That the United States Attorney and the Assistant United States Attorney assigned to this case (the "United States") and their assistants as hereafter defined, shall not disclose the substance of any discovery material produced to the defendants or obtained by the United States from the defendants in this case, to any third party, unless such material is already a matter of public record, without prior approval of this Court.

(4) That any discovery materials produced by the United States to counsel for the defendants may not be copied and further disseminated in any way by defense counsel to any person other than investigators, interpreters, experts, paralegals, legal assistants, and/or law clerks assisting defense counsel in this case.

(5) Nothing contained herein shall prevent the United States, or any defense counsel from disclosing such discovery material to any other attorneys working for the United States, other defense counsel in this case, government agents (federal, state or local), investigators, experts, secretaries, law clerks, paralegals, or any other person who is working for the United States or the defendants and their counsel (collectively, "assistants") in the investigation or preparation of this case or, with respect to the United States and its assistants only, in other criminal investigations, without prior court order.

(6) Further, nothing contained herein shall preclude the United States, the defendants or counsel, or the respective assistants from conducting a normal investigation of the facts of this case on behalf of the United States or the defendants, or with respect to the United States and its assistants only, from conducting an investigation of other criminal activity, including interviewing witnesses disclosed by discovery materials, or from taking statements from witnesses disclosed by discovery materials, or from asking witnesses if they themselves have made prior statements to the United States that are disclosed in the discovery materials, and about the contents of such statements. In connection with any such investigation, it shall not be necessary that the United States, the defendants or his counsel, or the respective assistants, obtain prior permission of the Court.

(7) Should counsel withdraw or be disqualified from participation in this case, any material received and any copies derived therefrom, shall be returned to the United States within ten days or, if agreed to by the parties, to replacement counsel.

(8) Defense counsel and the United States shall be required to communicate the substance of this

order and explain it to their clients and assistants before disclosing the substance of the discovery to their clients or assistants.

Respectfully Submitted,

TARA K. MCGRATH
United States Attorney

DATE:  May 31, 2024.            */s/ Paul E. Benjamin*
PAUL E. BENJAMIN
MATTHEW J. SUTTON
Assistant United States Attorneys

DATE: May 31, 2024.             */s/ Laura F. Marran*
LAURA F. MARRAN
Attorney for Defendant Adrian Perez

3

24-CR-617-AJB