| | |
|---|---|
| 1 | TARA K. MCGRATH<br>United States Attorney |
| 2 | Paul E. Benjamin<br>Assistant U.S. Attorney |
| 3 | California Bar No.: 306066<br>Office of the U.S. Attorney |
| 4 | 880 Front Street, Room 6293<br>San Diego, CA 92101 |
| 5 | Tel: (619) 546-7579<br>Email: Paul.Benjamin@usdoj.gov |
| 6 | |
| 7 | Attorneys for the United States |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No.: 24-CR-00617-AJB |
| Plaintiff, | | The Honorable Anthony J. Battaglia |
| v. | | **JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| ALEXANDER MCCOLE<br>ADRIAN PEREZ<br>DANIRAH CABEZUELA, | | |
| Defendants. | | |

The parties, the UNITED STATES OF AMERICA, by and through its counsel, United States Attorney, Tara K. McGrath, and Assistant United States Attorney, Paul E. Benjamin; and the above-captioned defendants, with the advice and consent of counsel, respectfully request this Court continue the motion hearing and trial setting date currently set for June 17, 2024, to August 5, 2024.

All parties agree that time is excluded under the Speedy Trial Act. This is the first request for a continuance in this case. Discovery in this case was produced within the last week and is voluminous, including several thousand pages of social media evidence. Counsel need time to review the discovery with their clients so the defendants can make an informed choice as to whether to plead or go to trial. Time should therefore be excluded under § 3161(h)(7) because the interests of justice so demand.

DATED: June 7, 2024                    Respectfully submitted,

TARA K. MCGRATH
United States Attorney

*/s/ Paul E. Benjamin*
Paul E. Benjamin
Assistant United States Attorney

*/s/ Meghan Blanco*
Meghan Blanco
Attorney for Alexander McCole

*/s/ Laura Marran*
Laura Marran
Attorney for Adrian Perez

*/s/ Robert H. Rexrode III*
Robert H. Rexrode III
Attorney for Danirah Cabezuela